# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT

## CW 18-229


**HOLLOWAY DRILLING EQUIPMENT, INC., ET AL.**

**VERSUS**

**DANIELLE BODIN, ET AL.**


**\*\*\*\*\*\*\*\*\*\***


ON APPLICATION FOR SUPERVISORY WRITS FROM THE
FIFTEENTH JUDICIAL DISTRICT COURT
PARISH OF LAFAYETTE, NO. 2010-1717 G
HONORABLE LAURIE A. HULIN, DISTRICT JUDGE

**\*\*\*\*\*\*\*\*\*\***

## D. KENT SAVOIE
## JUDGE

**\*\*\*\*\*\*\*\*\*\***

Court composed of, Sylvia R. Cooks, Shannon J. Gremillion, and D. Kent Savoie, Judges.


**WRIT DENIED.**

William E. Wright, Jr.
Beverly A. DeLaune
Deutsch, Kerrigan, LLP
755 Magazine St.
New Orleans, LA 70130
(504) 593-0637
COUNSEL FOR DEFENDANT/RELATOR:
    Gregory Inzerella

Louis Clayton Burgess
Sean McAllister
L. Clay Burgess, APLC
605 W. Congress St.
Lafayette, LA 70501
(337) 234-7573
COUNSEL FOR PLAINTIFFS/RESPONDENTS:
    Holloway Drilling Equipment, Inc.
    Holloway Rentals, Inc.

Bernard Francis Duhon
Attorney at Law
111 Concord Street, Suite B
Abbeville, LA 70511
(337) 893-5066
COUNSEL FOR DEFENDANT/RESPONDENT:
    Billy Guidroz

William H. Parker, III
Allen & Gooch
P.O. Box 81129
Lafayette, LA 70598
(337) 291-1000
COUNSEL FOR DEFENDANT/RESPONDENT
    John W. Wright, LTD, A Certified Public Accounting Corporation

Michael A. Patterson
S. Brooke Barnett-Bernal
Rachel P. Dunaway
Long Law Firm, LLP
1800 City Farm Drive, Building 6
Baton Rouge, LA 70806
(225) 922-5110
COUNSEL FOR DEFENDANT/RELATOR:
    Eric Broussard

James L. Brazee, Jr.
Evan T. Edwards
Brazee, Cormier & Gallaspy
2901 Johnston St., Ste. 206
Lafayette, LA 70503
(337) 237-0492
COUNSEL FOR DEFENDANT/RESPONDENT:
     Kyle Bodin

Kyle Bodin
Agent for Butterfly Bodies, LLC
2114 Turnberry Drive
New Iberia, LA 70563
DEFENDANT/RESPONDENT

Billy Guidroz
Excecutor of the Estate of Danielle Pellerin Guidroz
In Proper Person
117 Cornish Place
Youngsville, LA 70592
DEFENDANT/RESPONDENT

**Savoie, Judge.**

Defendant-Relator, Gregory Inzerella, seeks supervisory writs from the trial court's judgment denying in part his Motion in Limine, which sought to exclude any reference to, evidence of, or reliance upon, the deposition testimony of Danielle Pellerin Guidroz [formerly Bodin] at the trial of this matter. The issue presented in this matter is identical to that presented in *Holloway v. Guidroz,* 18-209 (La.App. 3 Cir. __ /__/18), __ So.3d ___. For the reasons set forth in *Holloway, Id.*, we likewise find no error in the trial court's ruling with respect to Mr. Inzerella and hereby deny his writ application.

**WRIT DENIED.**